UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No.: 3:16-cv-00020(JCH) |
| v. | : |
| $2,870.00 IN UNITED STATES CURRENCY, | : |
| Defendant. | : |
| [CLAIMANT: MILES PRICE] | : |

WARRANT OF ARREST IN REM

To the United States Marshal for the District of Connecticut:

WHEREAS a complaint has been filed in this Court praying that process issue for the arrest of property that is the subject of this action:

NOW, THEREFORE, we do hereby command that you seize the said property, which is described as $2,870.00 in United States Currency, and detain the same in your custody until further order of this Court respecting the same.

All persons claiming an interest in said property must file their statements of interest in or right against the subject property pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims within thirty (30) days after the execution of the Warrant, or actual notice of this action, whichever occurs first, and must serve and file their answers within twenty (20) days after the filing of the claim with the Office of the Clerk, United States District Court, 141 Church Street, New Haven, CT 06510, with a copy thereof sent to Assistant United

States Attorney John B. Hughes, 157 Church Street, New Haven, Connecticut 06510.

Dated at New Haven, Connecticut, this 7 day of January, 2016.

ROBIN TABORA, CLERK

By: _____
Deputy Clerk Francesca Anastasio