U.S. Department of Justice  
United States Marshals Service

PROCESS RECEIPT AND RETURN

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>3:16-CV-00020[JCH] |
|---|---|
| DEFENDANT<br>$2,870.00 in United States Currency | TYPE OF PROCESS<br>Warrant of Arrest In Rem |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | $2,870.00 in United States Currency |
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | |
|---|---|---|
| Todd Ludlow<br>United States Attorney's Office<br>157 Church Street, 25th Floor<br>New Haven, CT 06510 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Signature of Attorney or other Originator requesting service on behalf of:  X  PLAINTIFF  ☐ DEFENDANT  
TELEPHONE NUMBER (203) 821-3700  
DATE 01/13/2016

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk | Date 1-13-16 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).  
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)  
Date of Service 1/14/16  
Time 4:00 pm  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund 0 |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED  
SEND ORIGINAL + 2 COPIES to USMS.  
FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No.: 3:16-cv-00020(JCH) |
| v. | : |
| $2,870.00 IN UNITED STATES CURRENCY, | : |
| Defendant. | : |
| [CLAIMANT: MILES PRICE] | : |

WARRANT OF ARREST IN REM

To the United States Marshal for the District of Connecticut:

WHEREAS a complaint has been filed in this Court praying that process issue for the arrest of property that is the subject of this action:

NOW, THEREFORE, we do hereby command that you seize the said property, which is described as $2,870.00 in United States Currency, and detain the same in your custody until further order of this Court respecting the same.

All persons claiming an interest in said property must file their statements of interest in or right against the subject property pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims within thirty (30) days after the execution of the Warrant, or actual notice of this action, whichever occurs first, and must serve and file their answers within twenty (20) days after the filing of the claim with the Office of the Clerk, United States District Court, 141 Church Street, New Haven, CT 06510, with a copy thereof sent to Assistant United

States Attorney John B. Hughes, 157 Church Street, New Haven, Connecticut 06510.

Dated at New Haven, Connecticut, this 7 day of January, 2016.

ROBIN TABORA, CLERK

By: _____
Deputy Clerk  Francesca Anastasio