UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No.: 3:16-cv-00020(JCH) |
| v. | : |
| $2,870.00 IN UNITED STATES CURRENCY, | : |
| Defendant. | : |
| [CLAIMANT: MILES PRICE] | : |

### DEFAULT JUDGMENT

Whereas an order of default has been entered against CLAIMANT MILES PRICE, and there having been no request to set aside said default,

It is hereby ORDERED, ADJUDGED, and DECREED:

That default judgment is hereby entered against CLAIMANT MILES PRICE for his failure to defend.

SO ORDERED at New Haven, Connecticut, this 13TH day of April, 2016.

/s/Janet C. Hall
HONORABLE JANET C. HALL
UNITED STATES DISTRICT JUDGE