UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Civil No.: 3:16-cv-00020(JCH) |
| v. | : |
| $2,870.00 IN UNITED STATES CURRENCY, | : |
| Defendant. | : |
| [CLAIMANT: MILES PRICE] | : |

DECREE OF FORFEITURE

WHEREAS, on January 6, 2016, a Verified Complaint of Forfeiture against the Defendant: Two Thousand Eight Hundred Seventy Dollars ($2,870.00) in United States Currency (hereinafter, "Defendant Currency") was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that The Defendant Currency is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6), which provides for the forfeiture of proceeds traceable to the exchange of controlled substances in violation of the Controlled Substances Act, 21 U.S.C. § 801 et seq. A Stipulated Forfeiture Agreement was appended to the Verified Complaint stating that the Claimant, Miles Price, was the sole owner of the Defendant Currency and agreed to the forfeiture of same. It appearing that process was fully issued in this action and returned according to law;

WHEREAS, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims, notice of the forfeiture action against the Defendant Currency was posted for 30 consecutive days from January 8, 2016 to February 6, 2016 on the official internet government forfeiture site, www.forfeiture.gov.

WHEREAS, on April 13, 2016, the Court entered a Default Judgment as to the Claimant, Miles Price for his failure to defend against the Plaintiff's Verified Complaint.

Now, therefore, on motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby:

ORDERED, ADJUDGED AND DECREED that the default as to all other persons having any right, title or interest in the Defendant Currency in this action be and is hereby entered herein; and

ORDERED, ADJUDGED AND DECREED that the Defendant: Two Thousand Eight Hundred Seventy Dollars ($2,870.00) in United States Currency is hereby forfeited to the Plaintiff United States of America.

Dated at New Haven, Connecticut, this 15TH day of April, 2016.

/s/Janet C. Hall
HONORABLE JANET C. HALL
UNITED STATES DISTRICT JUDGE